# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANSBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PURPOSE FINANCIAL, INC.,<br><br>　　　　Respondent. | Case No. 7:24-cv-03206-DCC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Petitioner and Respondent stipulate that the above-captioned action is voluntarily dismissed against Respondent, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: April 21, 2025　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　Attorneys for Consumer Financial Protection Bureau:

　　　　　　　　　　　　　　　　　MARK PAOLETTA
　　　　　　　　　　　　　　　　　Chief Legal Officer

　　　　　　　　　　　　　　　　　DANIEL SHAPIRO
　　　　　　　　　　　　　　　　　Deputy Chief Legal Officer

　　　　　　　　　　　　　　　　　CARA PETERSEN
　　　　　　　　　　　　　　　　　Principal Deputy Enforcement Director

　　　　　　　　　　　　　　　　　RICHA S. DASGUPTA
　　　　　　　　　　　　　　　　　Deputy Enforcement Director


　　　　　　　　　　　　　　　　　MICHAEL POSNER
　　　　　　　　　　　　　　　　　Assistant Deputy Enforcement Director

   s/ *David Hendricks*
David Hendricks
Senior Litigation Counsel
1700 G Street NW
Washington, DC 20552
SC Bar No. 10547
Email: David.Hendricks@cfpb.gov
Phone: 571-455-3209

Gregory Nodler, *admitted pro hac vice*
Senior Litigation Counsel
TX Bar No. 14053395
Email: Gregory.Nodler@cfpb.gov
Phone: 202-435-7671

Amy R. Mix, *admitted pro hac vice*
DC Bar No. 483483
Senior Litigation Counsel
Email: Amy.Mix@cfpb.gov
Phone: 202-435-9924

Counsel for Respondent Purpose Financial, Inc.

s/Samuel W. Outten
Samuel W. Outten
Federal Bar No. 2943
Rayja N. Fowler
Federal Bar No. 14056
rayja.fowler@nelsonmulllins.com
2 West Washington Street, Suite 400
Greenville, SC 29601
(864) 373-2300
(864) 232-2925 facsimile

Stefanie H. Jackman, *admitted pro hac vice*
Sarah T. Reise, *admitted pro hac vice*
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
stefanie.jackman@troutman.com
sarah.reise@troutman.com